# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Alexander Ortiz-Barros, | No. CV-26-00507-PHX-DWL (DMF) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

Having reviewed Respondents' concession that they "do not oppose an order to release the Petitioner" (Doc. 9),

**IT IS ORDERED** that:

1. The petition (Doc. 1) is **granted** insofar it seeks Petitioner's release and is otherwise denied as moot.

2. The motion for temporary restraining order (Doc. 2) is **denied as moot**.

3. Respondents must immediately release Petitioner from custody under the same conditions that existed before detention.

4. Respondents must provide a notice of compliance within three days.

5. The Clerk shall enter judgment in Petitioner's favor and close this case.

Dated this 29th day of January, 2026.

_____
Dominic W. Lanza
United States District Judge